This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38498

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.

**ANGEL GARCIA,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Marci E. Beyer, District Judge**

Hector H. Balderas, Attorney General
M. Anne Kelly, Assistant Attorney General
Marko D. Hananel, Assistant Attorney General
Santa Fe, NM

for Appellant

Bennett J. Baur, Chief Public Defender
Santa Fe, NM

for Appellee

### MEMORANDUM OPINION

**VARGAS, Judge.**

**{1}** The State appealed a ruling by which it is prohibited from presenting evidence of a prior DWI conviction to the grand jury in this matter. We previously issued a notice of proposed summary disposition in which we proposed to affirm. The State has filed a response indicating that it does not intend to file a memorandum in opposition.

**{2}** Accordingly, for the reasons previously stated, we affirm.

**{3}** IT IS SO ORDERED.

JULIE J. VARGAS, Judge

WE CONCUR:

JENNIFER L. ATTREP, Judge

ZACHARY A. IVES, Judge